United States District Court

Eastern District of Louisiana

Stewart

v.

Radisson Hotel Corp

CIVIL ACTION NO. 2:00-cv-00005
SECT N MAG 2

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 4, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN -3 P 3:55

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| EDDIE STEWART | * | CIVIL ACTION |
| VERSUS | * | NO.: 00-0005 |
| RADISSON HOTEL CORPORATION | * | SECTION SECT. N MAG. 2 |
| | * | MAGISTRATE: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

THE PETITION of Radisson Hotel Corporation, sought to be made a defendant herein, respectfully represents that:

I.

Eddie Stewart has filed in the Civil District Court for the Parish of Orleans, State of Louisiana, a suit for damages bearing Docket No. 99-16681, Division "E", Section 9, seeking to recover damages for personal injury all as a result of an incident allegedly occurring in the City of New Orleans on October 25, 1998.

II.

The action described in Paragraph 1 hereof is a civil action of which this court has original jurisdiction under the provisions of Title 28, U.S. Code, Sec. 1332 as amended, and is one which may be removed to this Court pursuant to the provisions of Title 28, United States Code, Section 1441, et seq. in that this is a civil action wherein the matter in controversy allegedly exceeds the sum or value of $75,000 exclusive of interest or costs and is between citizens of different states. There is complete diversity as to the parties to this litigation.

___ Fee  $50.00
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc.No. 1

III.

The plaintiff, at the time this aforementioned action was commenced, was and still is a citizen of the State of Arkansas, as indicated in Paragraph 1. Defendant, Radisson Hotel Corporation, is a foreign corporation organized under the laws of New Jersey, with its principal place of business in Minneapolis, Minnesota.

IV.

This notice of removal is being filed within thirty days of service of process on defendant, Radisson Hotel Corporation, which was made on December 2, 1999 and December 20, 1999, by service on United States Corporation Company. Radisson Hotel Corporation attaches hereto a copy of the pleadings served upon them in this cause, and acknowledges that its Agent for Service of Process, United States Corporation Company, received its copy of its petition and citation on December 2, 1999 and December 20, 1999. (See attached citation to Radisson Hotel Corporation, Attachment A and Petition, Attachment B).

V.

The Radisson Hotel Corporation will pay all reasonable costs and disbursements incurred by reason of this removal proceeding, should it be determined that the cause is not removable, or is improperly removed.

VI.

The Radisson Hotel Corporation shows that this matter could exceed the sum or value of $75,000, as alleged in Paragraph X of the original petition, Eddie Stewart avers that he sustained physical pain and suffering, past, present and future; mental pain and suffering, past, present and future; medical expenses, past and future; embarrassment, public humiliation and disgrace;

aggravation, annoyance and inconvenience; residual physical disability and impairment of function; and loss of enjoyment of life.

## VII.

The Radisson Hotel Corporation will properly serve written notice of the filing of this Notice of Removal on the plaintiff and a copy of the Notice of Removal will be filed with the Clerk of Court, Civil District Court for the Parish of Orleans, State of Louisiana.

**WHEREFORE**, petitioner, the Radisson Hotel Corporation, prays that further proceedings in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Docket No. 99-16681, Division "E", Section 9, be discontinued and that said suit be removed to the United States District Court for the Eastern District of Louisiana as the law in such cases provides.

Respectfully submitted,

**BASTIAN & BROOKS**

_____
**ELIZABETH O. CLINTON**
Bar No.: 10155
909 Poydras Street, Suite 1200
New Orleans, Louisiana 70112
Telephone: (504) 527-5550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record to these proceedings, by depositing same in the U. S. Mail, properly addressed and first class postage pre-paid on this 3 day of January, 2000.

_____