UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 JUL 17 P 3:02
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| Eddie Stewart | * | CIVIL ACTION NO.: 00-0005 |
| | * | |
| versus | * | SECTION: "N" |
| | * | |
| Radisson Hotel Corp. | * | |
| | * | MAGISTRATE: 2 |

* * * * * * * * * * * * * * * *

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Eddie Stewart, who respectfully requests leave of this Honorable Court to file the attached Amended Complaint which adds the names of 1500 Canal Street Investors, L.P., as the proper nominal designation of the owner of the hotel property in question, and Patriot American Hospitality as the proper nominal designation of the operator of the hotel property in question, and National Union Fire Insurance Company as the liability insurer of the parties and/or the hotel property in question. Counsel for defendants', Radison Hotel Corp., 1500 Canal Street Investors, L.P., Patriot American Hospitality, and National Union Fire Insurance Company does not oppose the filing of this Motion, or the filing of an Amended Complaint. However, counsel does reserve all substantive rights, defenses and/or objections which might be available based upon a statute of limitations or prescription, or based upon failure to comply with requisites of a scheduling order.

Respectfully Submitted

_____
Richard H. Barker, IV #16798
101 W. Robert E. Lee Blvd., #401
New Orleans, LA 70124
Telephone 504.282.0278

Attorney for Plaintiff, Eddie Stewart

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record by facsimile and/or by placing same in the U.S. Mail, postage prepaid, this ____ day of July, 2000.

_____

DATE OF ENTRY
JUL 21 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Eddie Stewart | * | CIVIL ACTION NO.: 00-0005 |
| | * | |
| versus | * | SECTION: "N" |
| | * | |
| Radisson Hotel Corp. | * | |
| | * | MAGISTRATE: 2 |

* * * * * * * * * * * * * * * *

## ORDER

The foregoing considered, plaintiff is granted leave to file the attached First Amended Complaint.

New Orleans, Louisiana, this 21 day of July, 2000.

_____
JUDGE