

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Eddie Stewart | * | CIVIL ACTION NO. 00-0005 |
| | * | |
| versus | * | SECTION "N" |
| | * | |
| Radisson Hotel Corp. | * | |
| | * | MAGISTRATE: 2 |

* * * * * * * * * * * * * * *

UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO CONTINUE TRIAL DATE, AND ALTERNATIVELY
TO EXTEND SCHEDULING ORDER CUTOFF DATES

NOW INTO COURT, through undersigned counsel, comes plaintiff, who respectfully moves this Honorable Court for an Order continuing the currently scheduled trial date. This case involves a personal injury accident which occurred upon the premises of The Radisson Hotel on Canal Street in New Orleans. Based upon plaintiff's research, suit was filed against the Radisson Hotel Corp., as the owner and operator of the hotel.

On June 9, 2000 the undersigned was preparing formal written discovery requests to propound to the defendant 90 days prior to the scheduled discovery cutoff of September 10, 2000[1]. At this point, the undersigned noted that defendant had alleged that the defendant had not been identified correctly in the original petition. Accordingly, he immediately transmitted a request to defense counsel seeking the proper identity of the owner/operator of the hotel so that the complaint might be amended prior to pursuing formal discovery (please see **exhibit "A."**). Not having received a response from defense counsel within 10 days, the undersigned on June 18, 2000 propounded formal written discovery to the defendant, as named in the original petition

---

[1] The undersigned was out of the country on his honeymoon at the time of the preliminary conference, and was participating in final depositions, trial preparations and trial in Florida during April and until the second week of May, 2000.

DATE OF ENTRY
JUL 26 2000

Faced with a scheduling order deadline to exchange plaintiff's expert reports by July 12, 2000, the undersigned again transmitted his previous request for the proper identity of the owner/operator of the hotel on July 11, 2000. This afternoon, July 12, 2000, counsel for both parties have conferred and agreed that a continuance would be proper to afford ample opportunity to have issue joined as to the correct parties, and to complete all necessary pretrial preparations. Defense counsel has agreed to provide the proper identity of the owner/operator of the hotel by tomorrow, July 13, 2000, so that the undersigned may file a motion seeking leave to amend the original petition via an Amended Complaint setting forth the proper nominal designation of the owner/operator of the hotel  Once issue has been joined as to the defendant in its proper nominal designation, formal discovery may be obtained so that plaintiff will be able to comply with the requirements of a scheduling order  Even without a continuance, an extension of the current scheduling order cutoff dates is requested in the alternative.

Counsel for defendant does not oppose the instant motion to continue the trial date or to extend the scheduling order cutoff dates as long as reciprocal extensions are afforded to defendant within the new scheduling order (which plaintiff certainly would propose). Counsel for the defendant also does not oppose plaintiff's intention to file a motion for leave to amend the complaint as a procedural matter, while defendant would insist upon reserving any substantive rights, defenses and/or objections which might be available based upon a statute of limitations or prescription.

        Respectfully submitted:

        RICHARD H. BARKER, IV, (16798)
        101 W. Robert E. Lee Blvd., #401
        New Orleans, LA 70124
        Telephone No: (504) 282-0278

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing has been forwarded to opposing counsel via U.S Mail, postage prepaid, this _____ Day of _____, 2000.

_____

**RICHARD HOBBS BARKER, IV**
ATTORNEY AT LAW
101 W Robert E Lee Boulevard
Suite 401
New Orleans, Louisiana 70124

RICHARD HOBBS BARKER, IV
A Professional Law Corporation

TELEPHONE (504) 282-0278
FACSIMILE (504) 282-8685

June 9, 2000

**Via facsimile number 527.0023**
Elizabeth O. Clinton
Bastian & Brooks
909 Poydras Street
Suite 1200
New Orleans, Louisiana 70112

      Re: Eddie Stewart v. Radisson hotel Corp.
         USDC EDLA #00-0005, section "N", Magistrate 2

Dear Ms. Clinton,

  I am in the process of preparing written discovery requests. The foregoing further with these, I note that your Answer denies that Radisson Hotel Corp. owned or operated the hotel in question Would you please provide the proper identity of the owner and operator of the hotel so that I might amend the suit prior to pursuing formal discovery?

  With best wishes to you, I remain

            Sincerely,

            Richard H. Barker, IV

RHB:hp



```
                MEMORY STORAGE REPORT            (JUN 09 '00  09:59PM)
                                          STEPHEN F HURSTELL
                                                                  (AUTO)

    FILE  FILE TYPE        OPTION            TEL NO.         PAGE
    090   MEMORY TX                          5270023         01




                                                    REMAINING CALL CAPACITY 299
```

## RICHARD HOBBS BARKER, IV
ATTORNEY AT LAW
101 W. Robert E. Lee Boulevard
Suite 401
New Orleans, Louisiana 70124

RICHARD HOBBS BARKER, IV
A Professional Law Corporation

TELEPHONE  (504) 282-0278
FACSIMILE  (504) 282-8685

June 9, 2000

**Via facsimile number 527.0023**
Elizabeth O. Clinton
Bastian & Brooks
909 Poydras Street
Suite 1200
New Orleans, Louisiana 70112

        Re:    Eddie Stewart v. Radisson hotel Corp.
              USDC EDLA #00-0005, section "N", Magistrate 2

Dear Ms. Clinton,

     I am in the process of preparing written discovery requests. The foregoing further with these, I note that your Answer denies that Radisson Hotel Corp. owned or operated the hotel in question. Would you please provide the proper identity of the owner and operator of the hotel so that I might

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Eddie Stewart | * | CIVIL ACTION NO.: 00-0005 |
| versus | * | SECTION: "N" |
| Radisson Hotel Corp. | * | MAGISTRATE: 2 |

* * * * * * * * * * * * * * * *

## ORDER

THE FOREGOING CONSIDERED,

It is hereby ORDERED, that the foregoing motion is GRANTED, ~~Trial in the captioned matter shall be continued until the _____ day of _____, 2000. A status conference is set forth the _____ day of _____, 2000 at _____ o'clock.~~ and the Trial, Pretrial Conference and Settlement Status Conference are CONTINUED.

New Orleans, Louisiana this _____ day of _____, 2000

A TELEPHONE CONFERENCE WITH THE COURTROOM DEPUTY TO PICK NEW DATES WILL BE HELD ON August 15, 2000 AT 11:15 A.M.

_____
Judge, USDC EDLA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Eddie Stewart | * | CIVIL ACTION NO.: 00-0005 |
| | * | |
| versus | * | SECTION: "N" |
| | * | |
| Radisson Hotel Corp. | * | |
| | * | MAGISTRATE: 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATION

Pursuant to Article 3 section 2 of the Civil Justice Expense and Delay Reduction Plan, the undersigned hereby certifies that he personally has obtained consent from his client, Eddie Stewart, to the foregoing Motion to Continue Trial.

Respectfully submitted:

RICHARD H. BARKER, IV, (16798)
101 W. Robert E. Lee Blvd., #401
New Orleans, LA 70124
Telephone No: (504) 282-0278

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing has been forwarded to opposing counsel via U.S. Mail, postage prepaid, this ___ Day of _____, 2000.