UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Eddie Stewart | * | CIVIL ACTION NO.: 00-0005 |
| versus | * | SECTION: "N" |
| Radisson Hotel Corp. | * | MAGISTRATE: 2 |

* * * * * * * * * * * * * * * *

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO EXTEND EXPERT REPORT CUTOFF DATES

NOW INTO COURT, through undersigned counsel, comes plaintiff, who respectfully moves this Honorable Court for an extension of 30 days to exchange expert reports. Plaintiff initially anticipated employing expert medical witnesses only. Defendant's responses to Plaintiff's Discovery Request have been overdue and have been promised for quite some time. Last week, defendant counsel again promised to provide said responses promptly, and advised for the first time that defendant had employed a liability expert. Accordingly, plaintiff has been required to obtain a liability expert and both parties have stipulated to extend each respective expert report deadline for thirty days. Granting this Motion will not jeopardize this trial date.

WHEREFORE, Plaintiff prays that the deadline for expert reports be extended 30 days, or until February 12, 2001 for plaintiff and March 12, 2001 for Defendant.

Respectfully submitted:

RICHARD H. BARKER, IV, (16798)
3500 N. Hullen Street
Metairie, LA 70002
Telephone No: (504) 456-8658

DATE OF ENTRY  JAN 19 2001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing has been forwarded to opposing counsel via U.S. Mail, postage prepaid, this 16 Day of January, 2001.

*Richard Baker*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Eddie Stewart | * | CIVIL ACTION NO.: 00-0005 |
| versus | * | SECTION: "N" |
| Radisson Hotel Corp. | * | MAGISTRATE: 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

THE FOREGOING CONSIDERED,

It is hereby ORDERED, that the foregoing motion is GRANTED. Plaintiff is granted until February 12, 2001 to provide reports of plaintiff's expert witnesses, and defendant is granted until March 12, 2001 to provide reports of defense expert witnesses.

_____
Judge, USDC EDLA

**THIS ORDER GRANTED ON
CONDITION THAT THE
TRIAL DATE IS
UNAFFECTED**