```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2001 JAN 23  AM 11: 22

                                          LORETTA G. WHYTE
                                               CLERK
```

MINUTE ENTRY
WILKINSON, M.J.
JANUARY 22, 2001

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDDIE STEWART | CIVIL ACTION |
| VERSUS | NO. 00-005 |
| RADISSON HOTEL CORP. ET AL. | SECTION "N" (2) |

### HEARING ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:    Plaintiff's Motion to Compel

O R D E R E D:

__XXX__  :   DISMISSED AS MOOT. Richard H. Barker, IV, counsel for movant, has advised the Court that the requested discovery responses have been provided, and the motion, set for hearing on January 24, 2001, is moot.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 2 3 2001