FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 29 PM 12: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDDIE STEWART | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0005 |
| RADISSON HOTEL CORPORATION | * | SECTION "N" |
| * * * * * * * * * * * * * | | MAGISTRATE 2 |

### MOTION FOR FINAL DISMISSAL WITH PREJUDICE

ON MOTION of plaintiff, Eddie Stewart, appearing herein through undersigned counsel, and upon suggesting to this Honorable Court that all issues herein have been amicably settled and compromised between all parties hereto, and that plaintiff desires that this lawsuit be dismissed as to all claims and with full prejudice;

IT IS ORDERED that the above captioned matter and all claims therein by and between all parties be and the same are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 30 day of March, 2001.

_____
JUDGE

DATE OF ENTRY
MAR 3 0 2001

Respectfully submitted,

*[signature: Richard Barker]*

RICHARD H. BARKER, IV
Bar No.: 16798
Attorney for Plaintiff
3500 North Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8658

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS THIS DAY BEEN MAILED TO ALL COUNSEL OF RECORD FOR ALL PARTIES HEREIN.

DATE: 3/28/01

BY: *[signature: Brandy Gonzales]*

BY:
DATE:
FOR ALL PARTIES HEREIN.
OF RECORD